```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06887
    LUIS SANTOYO
    RUTH SANTOYO                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-0462      SSN XXX-XX-4071
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/17/07.

2. The case was converted to Chapter 7 without confirmation, 08/31/2007.

3. The Debtor paid a total of $ 2600.00.

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK | CURRENT MORTG | .00 | .00 | .00 |
| US BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| US BANK | SECURED | .00 | .00 | .00 |
| US BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN AIRLINES CU | SECURED VEHIC | .00 | .00 | 450.00 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | 45.00 |
| KNUCKLES KEOUGH & MOODY | SECURED | NOT FILED | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | .00 | .00 | 525.00 |
| ILLINOIS DEPT CHILDREN & | CHILD SUPPORT | NOT FILED | .00 | .00 |
| RUTH SANTOYO | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CELAR CHIROPRACTIC | UNSECURED | NOT FILED | .00 | .00 |
| CHEX SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HC PROCESSING CTR | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| NAPERVILLE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

```
PARKVIEW ORTHOPAEDIC GRO  UNSECURED         NOT FILED              .00           .00
SALLIE MAE                UNSECURED         NOT FILED              .00           .00
SALLIE MAE                UNSECURED         NOT FILED              .00           .00
WELLS FARGO FINANCIAL BA  UNSECURED         NOT FILED              .00           .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT         14.00              .00           .00
        Summary of disbursements:
---------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         14.00          .00           .00          14.00
PRINCIPAL PAID       1020.00           .00          .00           .00        1020.00
INTEREST PAID            .00            .00          .00           .00            .00
TOTAL PAID           1020.00           .00          .00           .00        1020.00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $   2500.00 and was paid $   1482.90 .

The Trustee received $      97.10 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/16/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                                PAGE   2
        CASE NO. 07 B 06887 LUIS SANTOYO & RUTH SANTOYO